# JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KARTIK PATEL, as Agent Under a Durable Power of Attorney for Panna Patel,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE SEIU NATIONAL INDUSTRY PENSION FUND,<br><br>Defendant. | Case No. 8:18-cv-01601-AG-ADS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to stipulation of the parties, this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

Dated: May 29, 2019

_____
Andrew J. Guilford
United States District Judge